# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHANT ENGINEERING CO. INC.** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 20-4559 |
| v. | : | |
| | : | |
| **CUMBERLAND SALES COMPANY,** | : | |
| *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 3rd day of March 2021, upon consideration of the *motion to dismiss for lack of personal jurisdiction* filed pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(2) by Defendant Patrick Poe ("Patrick Poe"), [ECF 43], the response in opposition filed by Plaintiff Chant Engineering Co. Inc. ("Plaintiff"), [ECF 52], and the allegations contained in Plaintiff's amended complaint, [ECF 36], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion to dismiss is **GRANTED**, and the claims asserted against Patrick Poe are dismissed for lack of personal jurisdiction.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*